# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

STEPHEN M. BOTTILA,

    Petitioner,

v.

POLICE DEPARTMENT OF THE TOWN OF
MADISON, SCOTT GREGORY, Chief of Police,
BURTON BOLDEBUCK and DARIC KRAUSE,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-694-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____1/8/09_____
Date